JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5329 RBL |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | ) ) ) | |
| MATTHEW MICK SANSOM, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on the defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the instant motion and the records and files herein, now, therefore,

IT IS HEREBY ORDERED that the defendant, Matthew Sansom, is terminated from the remainder of his supervised release and is discharged from supervision.

DONE this 23rd day of July, 2018.

Ronald B. Leighton
United States District Judge

Presented by:

s/ *John Carpenter*
Assistant Federal Public Defender
Attorney for Matthew Sansom

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(*United States v. Sansom*, CR15-5329 RBL) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**